**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| ALONZO BOBO TAYLOR, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | 1:05-CV-111 (WLS) |
| : | |
| STEVE UPTON, Warden, : | |
| : | 28 U.S.C. § 2254 |
| Respondent. : | |
| _____: | |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 12), filed August 12, 2008. It is recommended that Petition's petition for habeas relief (Doc. No. 2) be denied. The Petitioner has filed a timely objection. (Doc. No. 13).

In his objection, Petitioner essentially makes the same arguments that he raised before the Magistrate Judge. Petitioner argues that the evidence was insufficient at trial to sustain a conviction. The Magistrate Judge addressed the sufficiency of the evidence claim raised by Petitioner in the Magistrate Judge's recommendation. Petitioner does not raise any additional or new objections to the Magistrate Judges findings of fact or conclusions of law. Petitioner has failed to show how the Magistrate Judge's finding and rulings are erroneous. As such, Petitioner's objections are overruled.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, and for the reason of the findings, reasons and conclusions reached herein. Accordingly, Petitioners petition for habeas relief pursuant to 28 U.S.C. § 2254 (Doc. No. 2) is **DENIED.**

SO ORDERED, this  30th  day of September, 2008.

        /s/W. Louis Sands
        **W. Louis Sands, Judge
        United States District Court**